**Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00648-CV
_____

**LINDA FERREIRA, Appellant**

**V.**

**DOUGLAS W. BUTLER AND DEBRA L. BUTLER, Appellees**

---

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 441962**

---

## O R D E R

The clerk's record was filed August 29, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Harris County Clerk is directed to file a supplemental clerk's record on or before October 21, 2016, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM